# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A41 | FBEA00P3 | Shelton | 2234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐CFR ☐USC ☐State Code |
|---|---|---|
| 01/31/2022  11:30 | FED  36CFR  261.6A | |

Place of Offense
NFSR 9598E

Offense Description: Factual Basis for Charge                     HAZMAT ☐

CUT, DAMAGE TREE OR FOREST PRODUCT WITHOUT AUTHORIZATION

### DEFENDANT INFORMATION    Phone: ( 928 )

| Last Name | First Name | M.I. |
|---|---|---|
| HUNT | BYRON | J |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| HEBER | AZ | 85928 | 1981 |

Drivers License No.   CDL ☐   D.L. State AZ   Social Security No.

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair BR   Eyes GR   Height 5'10"   Weight 192

### VEHICLE   VIN: –                                                         CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 1997 | DODG | | RED |

APPEARANCE IS REQUIRED — A ☒ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL — B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
$30.00   Processing Fee

Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court - Flagstaff, AZ (928) 744-2566 | 02/16/2022 |
| 123 N. San Francisco Street, Ste 200 Flagstaff, AZ | Time (hh:mm) 09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on January 31, 2022 while exercising my duties as a law enforcement officer in the Arizona District of AZ

Pursuant to 16USC 551: at approximately 1130 hours, United States Forest Service (USFS) Officer ROPER, USFS Special Agent ROBINSON and I responded to a report of two subjects illegally cutting live/green juniper trees along National Forest System Road (NFSR) 9598E on the Black Mesa Ranger District, Sitgreaves National Forest, Navajo County, AZ. Upon arrival, I observed a large green alligator juniper cut down with a Sthil MS310 Chainsaw sitting on the fresh cut stump and two subjects actively engaged in removal activities of the juniper pieces. A red 1997 Dodge 2500 pickup bearing AZ license plate _____ with attached flatbed trailer was backed up to the freshly cut down juniper. I contacted both subjects identified as Byron HUNT and Diana BUSCH with their AZ driver's license information. I asked them if they had a firewood permit and if he had been issued a firewood permit in the past. HUNT said he had a permit but did not have his permit with him, it was at his house. HUNT said he has had several wood cutting permits in the past. I asked whose saw was sitting on the stump. BUSCH said the Sthil MS310 was hers. HUNT said he also used his Sthil MS 440 chainsaw to cut the juniper and handed it to me. I asked them what they were going to use the juniper for. HUNT said, "for personal use for firewood". HUNT said he knew it was wrong. SA ROBINSON and I measured the approximate dimensions of the alligator juniper as follows: Length from base cut to top cut is 23ft 6in; Base width at cut is 3ft x 3.5 ft (caliper inch: 36in x 42in). There were several cut rounds on the ground that had already been cut from the top. Witness who held the areas commercial permit observed HUNT and BUSCH cutting the alligator juniper that day along with HUNT & BUSCH cutting and removing other trees from that commercial permit area along NFSR 9598E the previous weekend. According to USFS Timber Staff the estimated value of the alligator Juniper was $366.61 for purchase of a fuelwood permit valuation at 2.25 cords. According to the most current 2011 Arizona State Native Plant current fair market value list, the value would be for the maximum listed at 20-24 caliper inch-all other trees at $3,600.00 (See Resource Value Estimate Report and Incident Report#22-03-MBEA19I) I issued HUNT and BUSCH each mandatory appearance violation notices for:

36 CFR 261.6(a) - CUT, DAMAGE TREE OR FOREST PRODUCT WITHOUT AUTHORIZATION

The foregoing statement is based upon:
MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/31/2022        R. Shelton
             Date (mm/dd/yyyy)   Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on: 2/16/2022         [signature]
             Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

22-04082-MJ-01-PCT-CDB

# United States District Court
## Violation Notice
(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A41 | FBEA00P5 | Shelton | 2234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐CFR ☐USC ☐State Code |
|---|---|---|
| 01/31/2022  11:30 | FED  36CFR  261.10L | |

Place of Offense
NFSR 9598E

Offense Description: Factual Basis for Charge    HAZMAT ☐

VIOLATIONS OF TERMS OR CONDITIONS OF FOREST PRODUCTS PERMIT

### DEFENDANT INFORMATION    Phone: ( 928 )

| Last Name | First Name | M.I. |
|---|---|---|
| HUNT | BYRON | J |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| HEBER | AZ | 85928 | 31 |

Drivers License No.    CDL ☐    D.L. State: AZ    Social Security No.

☒ Adult ☐ Juvenile    Sex ☒ Male ☐ Female    Hair BR    Eyes GR    Height 5'10"    Weight 192

### VEHICLE    VIN    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 1997 | DODG | | RED |

APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount: $30.00
Processing Fee:
Total Collateral Due:

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
U.S. District Court - Flagstaff, AZ (928) 744-2566
123 N. San Francisco Street, Ste 200 Flagstaff, AZ

Date (mm/dd/yyyy): 02/16/2022
Time (hh:mm): 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on January 31, 2022 while exercising my duties as a law enforcement officer in the Arizona District of AZ

Pursuant to 16USC 551: at approximately 1130 hours, United States Forest Service (USFS) Officer ROPER, USFS Special Agent ROBINSON and I responded to a report of two subjects illegally cutting live/green juniper trees along National Forest System Road (NFSR) 9598E on the Black Mesa Ranger District, Sitgreaves National Forest, Navajo County, AZ. Upon arrival, I observed a large green alligator juniper cut down with a Sthil MS310 Chainsaw sitting on the fresh cut stump and two subjects actively engaged in removal activities of the juniper pieces. A red 1997 Dodge 2500 pickup bearing AZ license plate             with attached flatbed trailer was backed up to the freshly cut down juniper. I contacted both subjects identified as Byron HUNT and Diana BUSCH with their AZ driver's license information. I asked them if they had a firewood permit and if he had been issued a firewood permit in the past. HUNT said he had a permit but did not have his permit with him, he said it was at his house. HUNT said he has had several wood cutting permits in the past. I asked whose saw was sitting on the stump. BUSCH said the Sthil MS310 was hers. HUNT said he also used his Sthil MS 440 chainsaw to cut the juniper and handed it to me. I asked them what they were going to use the juniper for. HUNT said, "for personal use for firewood". HUNT said he knew it was wrong. SA ROBINSON and I measured the approximate dimensions of the alligator juniper as follows: Length from base cut to top cut is 23ft 6in; Base width at cut is 3ft x 3.5 ft (caliper inch: 36in x 42in). There were several cut rounds on the ground that had already been cut from the top. Witness who held the areas commercial permit observed HUNT and BUSCH cutting the alligator juniper that day along with HUNT & BUSCH cutting and removing other trees from that commercial permit area along NFSR 9598E the previous weekend. According to USFS Timber Staff the estimated value of the alligator Juniper was $366.61 for purchase of a fuelwood permit valuation at 2.25 cords. According to the most current 2011 Arizona State Native Plant current fair market value list, the value would be for the maximum listed at 20-24 caliper inch-all other trees at $3,600.00 (See Resource Value Estimate Report and Incident Report#22-03-MBEA19I). According to LEO LOPEZ who is assigned to the Black Mesa District, HUNT and BUSCH have a criminal history of forest products violations. I issued HUNT and BUSCH each mandatory appearance violation notices for:

36 CFR 261.6(L) - VIOLATIONS OF TERMS OR CONDITIONS OF FOREST PRODUCTS PERMIT

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/31/2022    R. Shelton
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident